KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile:  (818)240-7728

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 14-CV-07350-JFW(Ex) |
| Plaintiff, ) | |
| vs. ) | JUDGMENT |
| ) | |
| SHANNA R. GALLAGHER ) | |
| DELOSREYES ) | |
| Defendant. ) | Date:  April 6, 2015 |
| ) | Time:  1:30 p.m. |
| _____ ) | Judge: Hon. John F. Walter |

It is adjudged that the United States of America recover from SHANNA R. GALLAGHER DELOSREYES:

1. Principal Balance of $2,809.24
2. Total Interest Accrued to April 6, 2015 $5,824.24
3. Administrative charges of $39.17
4. Costs in the amount of $80.00
5. Less Credits/Payments of $00.00
6. Total Owed $8,752.65

DATED:   April 8, 2015

_____
United States District Judge